UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

RYAN A. FOX,

Plaintiff,

v.

JAMES RAPHEL BOULDS, d/b/a
JR Boulds Trucking, JR BOULDS
TRUCKING and RUSSELL L. BALDWIN,

Defendants.                                          No. 11-cv-680-DRH


### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 5, 2012, this case is **DISMISSED** with prejudice.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY:        /s/*Sara Jennings*
>            **Deputy Clerk**

Dated:   November 13, 2012

Digitally signed by
David R. Herndon
Date: 2012.11.13
12:37:25 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT